

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA


IN PROCEEDINGS:

25-21032


DEBTOR(S):

GREGORY S SZITAS


WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 4 IN THE AMOUNT OF $2,146.72


CREDITOR'S SIGNATURE:


*/s/ Brandie McCann*

CREDITOR CONTACT INFO:

Pinnacle Credit Services, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884


DATE:

5/22/2025