FILED
4/13/26 11:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **Gregory S. Szitas,** | ) | **Case No.  25-21032** |
| | ) | |
| | ) | **Chapter 13** |
| **Debtor.** | ) | |
| | ) | Related to Docket No. 47 |

### STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☒        a motion to dismiss case or certificate of default requesting dismissal

☐        a plan modification sought by:    _____

☐        a motion to lift stay
as to creditor        _____

☐        Other:        _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated **4-22-2025**
☐ Amended Chapter 13 Plan dated

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒        Debtor Plan payments shall be changed from **$2,142** to **$2,538** per <u>month,</u> effective **4/26**; and/or the Plan term shall be changed from ___ months to ____ months.                                .

-1-

☐  In the event that Debtor fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor and Debtor' Counsel a notice of default advising the Debtor that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐  Debtor shall file and serve _____ on or before _____.

☐  If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐  If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒  Other:

- **Peoples Natural Gas LLC to be paid $235.25 as an administrative claim at Account Number xxxxxxx4240.**
- The monthly payment to Lakeview Loan Servicing, LLC for CL#8 shall be $1,415.25, effective March 1, 2026.
- Lakeview Loan Servicing, LLC CL#8 shall govern with all payment changes.
- The Notice of Post-Petition Mortgage Fees, Expenses and Charges filed by Lakeview Loan Servicing, LLC on August 4, 2025 shall be paid unless a timely objection is filed.
- 
- *Debtor is to fund the plan by **TFS** [notwithstanding anything to the contrary in the plan] which is to be implemented within 14 days of the date of this Order (if not previously implemented). Debtor are responsible for ensuring that the full monthly plan payment is made each month regardless of the manner in which payments are intended to be made. Trustee reserves the right to reject money orders or cashier's checks, provided further that if she, in her discretion, presents such items for payments she may keep the funds on hold for more than 30 days before distributing on such types of payments. Debtors making payments by money order or cashier's*

-2-

*check assume the risk that distributions under the plan will be delayed because of the failure to pay by one of the approved methods (wage attachment, TFS, or ACH).*

- *To the extent the Plan is confirmed pre-bar date(s) or the completion of pending or contemplated litigation (including §506/522f action and objections to claims) or Loss Mitigation (LMP), or any other plan contingencies including sales, creditors will be paid per plan in the plan amount (or as superseded by this Confirmation Order or other Order(s) of Court) notwithstanding a claim in a greater amount or priority. Debtor shall review all proofs of claims as filed and to take such action(s), including modification of the Plan or this Confirmation Order, as is necessary to address claim discrepancies and to address other subsequent events that will affect the adequacy of plan funding (including the outcome of contemplated or pending litigation, LMP, sale process, etc.) The need to address plan funding deficiency includes increasing the plan payment as necessary to fund 100% of timely filed and allowed non-specially classified unsecured creditors in 100% plan cases.*

   **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a de novo hearing regarding the appropriateness of this Stipulated Order.  Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

   **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.  The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this __ 13th Day of April, 2026

_____
United States Bankruptcy Judge

Stipulated by:                          Stipulated by:

/s/Shawn N. Wright                      /s/Dennis Sloan
Counsel to Debtor                       Counsel to Chapter 13 Trustee

Stipulated by:

_____
Counsel to affected creditor

cc:  All Parties in Interest to be served by Clerk

-4-

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                              Case No. 25-21032-GLT

Gregory S. Szitas                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                          Page 1 of 3

Date Rcvd: Apr 13, 2026                       Form ID: pdf900                      Total Noticed: 25

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gregory S. Szitas, 1713 Kimball Avenue, New Kensington, PA 15068-4017 |
| 16525719 | + | Jill Manuel-Coughlin, Esquire, Powers Kirn, 8 Neshaminy Interplex Drive, Feasterville Trevose, PA 19053-6933 |
| 16525721 | + | Lakeview Home Financing, 4425 Ponce De Leon Blvd. Mailstop MS5/25, Miami, FL 33146-1837 |
| 16525725 | + | Peoples Natural Gas, PO Box 86190, Pittsburgh, PA 15221-0190 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 14 2026 00:22:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 16525713 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 14 2026 00:29:52 | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 16525714 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 14 2026 00:30:04 | Cap1/kohls, Attn: Bankruptcy, Po Box 3043, Miwaukee, WI 53201-3043 |
| 16551426 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 14 2026 00:30:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 16525715 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 14 2026 00:30:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 16525716 | + | Email/Text: accountservices@consumercollection.com | Apr 14 2026 00:23:00 | Consumer Collection Management, Inc., Attn: Bankruptcy, Po Box 1839, Maryland Heights, MO 63043-6839 |
| 16525717 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 14 2026 00:29:51 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 16525718 | + | Email/Text: accountresearch@goodleap.com | Apr 14 2026 00:23:00 | GoodLeap Llc., Attn: Bankruptcy, 8781 Sierra College Blvd, Roseville, CA 95661-5920 |
| 16525720 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Apr 14 2026 00:23:00 | KeyBank, Attn: Bankruptcy Dept, 127 Public Square, Cleveland, OH 44114-1226 |
| 16527923 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 14 2026 00:29:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16546204 | ^ | MEBN | Apr 14 2026 00:17:53 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 16525722 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 14 2026 00:29:52 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 16525723 | + | Email/Text: camanagement@mtb.com | Apr 14 2026 00:23:00 | M & T Credit Corporation, P.O. Box 4649, Buffalo, NY 14240-4649 |

District/off: 0315-2                                         User: auto                                                      Page 2 of 3
Date Rcvd: Apr 13, 2026                                Form ID: pdf900                                      Total Noticed: 25

| | | | | |
|---|---|---|---|---|
| 16525724 | + | Email/Text: ABENTLEY@OKINUS.COM | Apr 14 2026 00:22:00 | Okinus, Inc, Attn: Bankruptcy, 147 W Railroad St, S, Pelham, GA 31779-1631 |
| 16539063 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 14 2026 00:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 16535453 | + | Email/Text: ebnpeoples@grblaw.com | Apr 14 2026 00:22:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 16528013 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 14 2026 00:29:52 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16533808 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 14 2026 00:23:00 | SANTANDER CONSUMER USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 16525726 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 14 2026 00:23:00 | Santander Financial, 8585 North Stemmons Freeway, Dallas, TX 75247-3822 |
| 16546287 | + | Email/Text: bankruptcy@firstenergycorp.com | Apr 14 2026 00:23:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 16525727 | + | Email/Text: bankruptcy@firstenergycorp.com | Apr 14 2026 00:23:00 | West Penn Power, 76 South Main Street, Akron, OH 44308-1817 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | * | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2026                                    Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Lakeview Loan Servicing  LLC denise.carlon@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Jill Manuel-Coughlin | on behalf of Creditor Lakeview Loan Servicing  LLC bankruptcy@powerskirn.com |

Matthew Fissel
                    on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

Shawn N. Wright
                    on behalf of Debtor Gregory S. Szitas shawn@shawnwrightlaw.com
                    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com


TOTAL: 7